Joseph Babka, appellant, v. Anton Wodnasky et al., appellees. Gen. No. 25,112.

Suit to foreclose trust deed given to secure note. Judgment for complainant. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed October 27, 1919.

Walter Truc and James S. Wight, for appellant. Novak & Novak, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Anton J. Cermak, bailiff, for use of Nicholas Hamel and Reliance Garage, appellee, v. Herman A. Muhlven et al. (defendants), on appeal of G. J. Arnold, appellant. Gen. No. 25,131.

Action of debt on replevin bond. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. E. R. Hazen, Judge, presiding. Heard in this court at the March term, 1919. Appeal dismissed. Opinion filed October 27, 1919.

Darrow, Sissman & Popham, for appellant. Sumner C. Palmer, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

North Side Buick Sales Company, appellee, v. Charles A. Straw, appellant. Gen. No. 25,143.

Action of replevin. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Anton T. Zeman, Judge, presiding. Heard in this court at the June term, 1919. Affirmed. Opinion filed October 27, 1919.

P. R. Boylan, for appellant. M. E. Gallion, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Joseph Weil, plaintiff in error. Gen. No. 24,974.

Prosecution for criminal conspiracy to obtain money by confidence game. Judgment of guilty. Error to the Criminal Court of Cook county; the Hon. Henry Guerin, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed October 27, 1919.

Everett Jennings, D. B. Brillow and George W. McGurn, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice Dever delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Joseph Weil et al., plaintiffs in error. Gen. No. 24,975.

Prosecution for criminal conspiracy to obtain money by confidence game and false pretenses. Judgment of guilty. Error to the Criminal Court of Cook county; the Hon. Henry Guerin, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed October 27, 1919.

Everett Jennings, D. B. Brillow and George W. McGurn, for plaintiffs in error. Maclay Hoyne, Edward E. Wilson, Edwin J. Raber and Grover C. Niemeyer, for defendant in error.

Mr. Justice Dever delivered the opinion of the court.